IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW TRAVIS ADAMS, | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-00356 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| GOLF GALAXY LLC, | ) |
| Defendant. | ) |

## ORDER

The parties to this action have filed a Joint Stipulation of Dismissal With Prejudice in the above-captioned case. (Doc. No. 16.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this 26th day of April, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT